UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALLEN FLICK,<br><br>                    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No.  SACV-16-00015-KES<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C § 1920 |

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Dkt. 20),

IT IS ORDERED that fees and expenses in the amount of $3,000.00 as authorized by 28 U.S.C. §§ 2412 and 1920, be awarded subject to the terms of the Stipulation.

DATED:  January 30, 2017

_Karen E. Scott_
KAREN E. SCOTT
United States Magistrate Judge